UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JESS R. SMITH,

                Plaintiff,

v.

B. GRONSETH, et al.,

                Defendants.

CASE NO. C16-5775BHS-DWC

ORDER ADOPTING REPORT
AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable David W. Christel, United States Magistrate Judge (Dkt. 28), and Plaintiff Jess Smith's ("Smith") objections to the R&R (Dkt. 29).

On December 14, 2016, Judge Christel issued the R&R recommending that the Court deny Smith's motion because he failed to show either success on the merits or irreparable harm. Dkt. 28. On December 22, 2016, Smith filed objections. Dkt. 29.

The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to. The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions. Fed. R. Civ. P. 72(b)(3).

ORDER - 1

1  In this case, Smith advances two major objections.  First, Smith objects on the grounds that Defendants have prevented access to his legal materials.  Dkt. 29 at 3. Judge Christel declined to consider this issue because Smith raised it for the first time in his reply briefs.  Dkt. 28 at 2.  The Court agrees with Judge Christel that the issue is beyond the scope of the original motion and adopts the R&R on this issue.

 Second, Smith contends that failure to provide access to out-of-state appellate decisions is a violation of his right to access the courts.  Dkt. 29.  Judge Christel concluded that Smith had failed to show that he was likely to succeed on the merits or that serious questions going to the merits existed.  Dkt. 28 at 3–5.  The Court agrees with both conclusions.  Because a federal habeas petition addresses whether a state court unreasonably applied clearly established federal law, it is unlikely that an out-of-state appellate opinion would shed additional light on clearly established federal law. Therefore, the Court having considered the R&R, Smith's objections, and the remaining record, does hereby find and order as follows:

 (1) The R&R is **ADOPTED**; and

 (2) Smith's motion for a temporary restraining order and preliminary injunction is DENIED.

 Dated this 8th day of February, 2017.

BENJAMIN H. SETTLE
United States District Judge