# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| JESS R. SMITH, <br><br> Plaintiff, <br><br> v. <br><br> BARBARA GRONSETH, et al., <br><br> Defendants. | CASE NO. C16-5775 BHS-DWC <br><br> ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable David W. Christel, United States Magistrate Judge. Dkt. 64. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**; and

(2) Defendant's Motion for Summary Judgment (Dkt. 30) is **DENIED as moot**.

Dated this 15th day of May, 2018.

BENJAMIN H. SETTLE
United States District Judge